HASSARD BONNINGTON LLP
Thomas M. Frieder, Esq. (SBN No. 95411)
Email: tmf@hassard.com
Kendra J. Pappas, Esq. (SBN No. 226992)
Email: kjp@hassard.com
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendant
BAUSCH & LOMB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOANNA KINZEL and BRENT KINZEL,

Plaintiffs,

vs.

BAUSCH & LOMB, INC., BAUSCH & LOMB SURGICAL, INC., TECHNOLAS GMBH PERFECT VISION and DOES ONE through ONE HUNDRED,

Defendants.

No. CV-12-4260 MEJ

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT BAUSCH & LOMB, INC. AND ~~[PROPOSED]~~ ORDER**

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5, defendant BAUSCH & LOMB, INC. hereby requests that its current counsel, D. Mark Jackson and Antonio P. Garcia, Jr. of BASSI, EDLIN, HUIE & BLUM LLP, be allowed to withdraw from this case. Simultaneous to the withdrawal of BASSI, EDLIN, HUIE & BLUM LLP, Thomas M. Frieder and Kendra J. Pappas of HASSARD BONNINGTON LLP enter their appearance. The facts supporting this request are as follows:

Prior to the removal of this action, BASSI, EDLIN, HUIE & BLUM LLP was retained by defendant BAUSCH & LOMB, INC. and, thereafter, effectuated the filing of an

answer in the Superior Court for the County of Contra Costa, and removal to this Court from the Superior Court of and for the County of Contra Costa. After removal, HASSARD BONNINGTON LLP was retained to act as counsel of record for BAUSCH & LOMB, INC. in this action.

Upon approval of this Substitution by the Court, all pleadings, orders, notices, discovery and any other documents requiring service should be served upon the above new counsel of record.

The Substitution of Counsel is, therefore, reflected as follows:

1. Former legal representative:

D. Mark Jackson, Esq.
Email: mjackson@behblaw.com
Antonio P. Garcia, Jr., Esq.
Email: agarcia@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

2. **New legal representative:**

Thomas M. Frieder, Esq.
Email: tmf@hassard.com
Kendra J. Pappas, Esq.
Email: kjp@hassard.com
HASSARD BONNINGTON LLP
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801

3. The party making this substitution of attorney is defendant Bausch & Lomb, Inc. Bausch & Lomb, Inc. has been provided with reasonable notice of this Substitution.

4. I/we hereby consent to the above Substitution of Counsel.

DATED: August 21, 2012

BAUSCH & LOMB, INC.

By ______________________
John D. Larimer, Esq.

On behalf of:
BAUSCH & LOMB, INC.
[Party]

5. I/we hereby consent to the above Substitution of Counsel.

DATED: August 23, 2012

BASSI, EDLIN, HUIE & BLUM LLP

By [signature]

Mark Jackson, Esq.
Antonio P. Garcia, Jr., Esq.
Attorneys for Defendant
BAUSCH & LOMB, INC.
[Former Counsel]

6. I/we am duly admitted in this District and accept this Substitution of Counsel.

DATED: August 30, 2012

HASSARD BONNINGTON LLP

By /s/ Thomas M. Frieder

Thomas M. Frieder/Kendra J. Pappas
Attorneys for Defendant
BAUSCH & LOMB, INC.
[New Counsel]

~~[PROPOSED]~~ ORDER

**IT IS HEREBY ORDERED** that D. Mark Jackson and Antonio P. Garcia, Jr. of BASSI, EDLIN, HUIE & BLUM LLP are deemed withdrawn as counsel, and Thomas M. Frieder and Kendra J. Pappas of HASSARD BONNINGTON LLP are simultaneously substituted in as lead counsel in this case on behalf of defendant BAUSCH & LOMB, INC.

Dated: September 5, 2012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Maria-Elena James