UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA KINZEL and BRENT KINZEL,<br><br>Plaintiffs,<br><br>v.<br><br>BAUSCH & LOMB, INC., BAUSCH & LOMB SURGICAL INC., TECHNOLAS GMBH PERFECT VISION and DOES ONE through ONE HUNDRED,<br><br>Defendants. | Case No.: CV 12-4260-~~MEJ~~ MMC<br>~~[PROPOSED]~~<br>**ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this __5th__ day of __October__, 2012.

BY THE COURT:

_/s/ Maxine M. Chesney_