UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA KINZEL and BRENT KINZEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>BAUSCH & LOMB, INC., BAUSCH & LOMB SURGICAL, INC., TECHNOLAS GMBH PERFECT VISION and DOES ONE through ONE HUNDRED,<br><br>    Defendant. | Case No. C 12-04260 MMC<br>[Hon. Maxine M. Chesney]<br><br>**AMENDED** [PROPOSED]<br>**ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

  Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority ~~in the applicable country, any and all Jurisdiction of this Court to forward to the Central Authority~~ in the applicable country, any and all documents to be served in this case.

  Crowe Foreign Services shall provide all reports and any requested information regarding status of service of process to Doris Cheng of Walkup, Melodia, Kelly & Schoenberger, Todd

- CASE NO. C 12-04260 MMC

1  Krouner of the Law Offices of Todd Krouner, and Thomas Frieder of Hassard Bonnington LLP.

2      IT IS SO ORDERED.

4  Dated:  October 16, 2012              _____
5                                          HONORABLE MAXINE CHESNEY

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210