1   HASSARD BONNINGTON LLP
    Thomas M. Frieder, Esq. (SBN No. 95411)
2   Email: tmf@hassard.com
    Kendra J. Pappas, Esq. (SBN No. 226992)
3   Email: kjp@hassard.com
    Two Embarcadero Center, Suite 1800
4   San Francisco, California 94111-3941
    Telephone: (415) 288-9800
5   Fax: (415) 288-9801

6   Attorneys for Defendant
    BAUSCH & LOMB, INC.
7

8

9                  UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  JOANNA KINZEL and BRENT            No.  CV-12-4260 MMC
    KINZEL,
13                                     STIPULATION AND
                  Plaintiffs,          [PROPOSED] ORDER
14                                     RELATING TO DATES AND
         vs.                           DEADLINES FOR CASE
15                                     MANAGEMENT
    BAUSCH & LOMB, INC., BAUSCH        CONFERENCE, STATEMENT,
16  & LOMB SURGICAL, INC.,             INITIAL DISCLOSURES,
    TECHNOLAS GMBH PERFECT             REPORTS AND ADR
17  VISION and DOES ONE through ONE
    HUNDRED,                           [L.R. 7-12]
18
                  Defendants.
19

20

21

22                      **STIPULATION**

23         On August 13, 2012, an Order Setting Initial Case Management

24  Conference and ADR Deadlines was entered by the Honorable Maria Elena

25  James.  Pursuant to that Order, October 25, 2012 was set as the last day to:  (1)

26  meet and confer regarding initial disclosures, early settlement, ADR process

27  selection and discovery plan [Fed. R. Civ. P. 26(f) & ADR L.R. 3-5]; (2) file the

28  ADR Certification signed by the Parties and Counsel [Civ. L.R. 16-8(b) & ADR

                              -1-

1   L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for

2   ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].  The

3   Order further set November 8, 2012 as the last day for the parties to file a Rule

4   26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report

5   and file a Joint Case Management Statement [Fed. R. Civ. P. 26(a)(1) & Civ.

6   L.R. 16-9]. The Order scheduled an Initial Case Management Conference on

7   November 15, 2012.  The Order further provided that if the Initial Case

8   Management Conference was continued, the other deadlines are continued

9   accordingly.  Given the 15-day change in the setting of the Initial Case

10   Management Conference, the parties understand that the matters for which there

11   was a deadline of October 25, 2012 currently have a deadline of November 9,

12   2012, and that the matters that had a deadline of November 8, 2012 currently

13   have a deadline of November 21, 2012.

14          On September 28, 2012 this Court entered a Reassignment Order, which

15   reassigned the action to the Honorable Maxine M. Chesney and vacated the hearing

16   dates scheduled by the prior order.  On October 16, 2012 the Court entered a Case

17   Management Order resetting the initial Case Management Conference to November

18   30, 2012 and setting the deadline for filing a Joint Case Management Conference

19   Statement to no less than seven (7) days prior to the conference (i.e., November 21,

20   2012 given that November 22 and November 23, 2012 are court holidays).  At the

21   request of plaintiffs' counsel, the Court recently issued an Amended Order

22   Appointing an International Process Server with respect to the remaining

23   defendant.  Counsel for plaintiffs and counsel for Bausch & Lomb, Inc. have met

24   and conferred, and have reached an agreement for certain limited discovery and

25   an early mediation, and it is anticipated that the remaining defendant will join in

26   that agreement after proper service of process has taken place.  Plaintiffs and

27   Bausch & Lomb, Inc. respectfully request that the Court extend the current

28

-2-

1   deadlines, and continue the current Case Management Conference, so that they

2   will have an opportunity to participate in the agreed matters and determine

3   whether the matter can be concluded at that stage.

4          Plaintiffs and Bausch & Lomb, Inc. agree that this action's procedural

5   status warrant an adjustment of the dates and deadlines previously set by the Court's

6   operative orders.  The parties hereby stipulate to adjustments to deadlines, as set forth

7   in the Order Setting Initial Case Management Conference and ADR Deadlines, filed on

8   August 13, 2012, and which have been extended due to the change in the Case

9   Management Conference, and to the Case Management Conference and deadline to file

10  the Joint Case Management Conference Statement, as follows.

11         The last day for the parties to perform the following is hereby

12  adjusted from November 9, 2012 to February 18, 2013:  (1) meet and confer

13  regarding initial disclosures, early settlement, ADR process selection, and

14  discovery plan [Fed. R. Civ. P. 26(f) & ADR L.R. 3-5]; (2) file the ADR

15  Certification signed by Parties and Counsel [Civ. L.R. 16-8(b) & ADR L.R. 3-

16  5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR

17  Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].

18         The last day for the parties to file a Rule 26(f) Report, complete

19  initial disclosures or state objection in Rule 26(f) Report, is hereby adjusted from

20  November 21, 2012 to March 4, 2013.

21         The initial Case Management Conference is re-set from November

22  30, 2012 and now will be held before the Honorable Maxine M. Chesney in

23  Courtroom No. 7, 19th floor Federal Building at 10:30 a.m. on March 11, 2013.

24         The deadline to file a Joint Case Management Conference

25  Statement addressing each agenda item listed in the *Standing Order for All*

26  *Judges of the Northern District of California/Contents of Joint Case*

27  *Management Statement* is no less than seven (7) days before the conference

28

-3-

1   (i.e., <u>March 4, 2013</u>).

2

3                    IT IS SO STIPULATED.

4

5   DATED: October 30, 2012            HASSARD BONNINGTON LLP

6

7                                      By  /s/ Thomas M. Frieder

8                                      Thomas M. Frieder
                                       Attorneys for Defendant
9                                      Bausch & Lomb, Inc.

10

11  DATED:  October 29, 2012           WALKUP, MELODIA, KELLY &
                                       SCHOENBERGER
12

13

14                                     By  _Doukley_

15                                     Doris Cheng
                                       Attorneys for Plaintiffs
16                                     JOANNA KINZEL and BRENT KINZEL

17

18

19

20

21

22

23

24

25

26

27

28

-4-

Case No. CV-12-4260 MMC
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES,
REPORTS AND ADR

1

## <u>ORDER</u>

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the exception that the

3

Case Management Conference is CONTINUED to Friday, March 15, 2013, at 10:30 a.m.

4

DATED:   October 31, 2012

5

6

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-12-4260 MMC
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES,
REPORTS AND ADR