Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JOANNA KINZEL and BRENT KINZEL )
) Case No: C 12-04260 ~~MEJ~~ MMC
)
Plaintiff(s),       )
)   **APPLICATION FOR**
v.                  )   **ADMISSION OF ATTORNEY**
)   **PRO HAC VICE**
BAUSCH & LOMB, INC., BAUSCH & LOMB SURGICAL, )   (CIVIL LOCAL RULE 11-3)
INC., TECHNOLAS GMBH PERFECT VISION and DOES )
ONE through ONE HUNDRED )
Defendant(s).       )
)

I, Todd J. Krouner, an active member in good standing of the bar of Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Joanna Kinzel and Brent Kinzel in the above-entitled action. My local co-counsel in this case is Doris Cheng, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 93 North Greeley Ave., Chappaqua, New York 10514 | 650 California St., 26th Floor, San Francisco, California 94108-2615 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (914) 238-5800 | (415) 981-7210 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tkrouner@krounerlaw.com | dcheng@walkuplawoffice.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1980325.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/28/13                                Todd J. Krouner
                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Todd J. Krouner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 7, 2013

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE