HASSARD BONNINGTON LLP
Thomas M. Frieder, Esq. (SBN No. 95411)
Email: tmf@hassard.com
Kendra J. Pappas, Esq. (SBN No. 226992)
Email: kjp@hassard.com
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendants
BAUSCH & LOMB, INC. and
TECHNOLAS PERFECT VISION GMBH,
Incorrectly sued herein as
TECHNOLAS GMBH PERFECT VISION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA KINZEL and BRENT KINZEL,<br><br>Plaintiffs,<br><br>vs.<br><br>BAUSCH & LOMB, INC., BAUSCH & LOMB SURGICAL, INC., TECHNOLAS GMBH PERFECT VISION and DOES ONE through ONE HUNDRED,<br><br>Defendants. | No. CV-12-4260 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING TO DATES AND DEADLINES FOR CASE MANAGEMENT CONFERENCE, STATEMENT, INITIAL DISCLOSURES, REPORTS AND ADR**<br><br>[L.R. 7-12] |

## STIPULATION

On August 13, 2012, an Order Setting Initial Case Management Conference and ADR Deadlines was entered by the Honorable Maria Elena James. Pursuant to that Order, October 25, 2012 was set as the last day to: (1) meet and confer regarding initial disclosures, early settlement, ADR process

selection and discovery plan [Fed. R. Civ. P. 26(f) & ADR L.R. 3-5]; (2) file the ADR Certification signed by the Parties and Counsel [Civ. L.R. 16-8(b) & ADR L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)]. The Order further set November 8, 2012 as the last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Joint Case Management Statement [Fed. R. Civ. P. 26(a)(1) & Civ. L.R. 16-9]. The Order scheduled an Initial Case Management Conference on November 15, 2012. The Order further provided that if the Initial Case Management Conference was continued, the other deadlines are continued accordingly. Given the 15-day change in the setting of the Initial Case Management Conference, the parties understood that the matters for which there was a deadline of October 25, 2012 then had a deadline of November 9, 2012, and that the matters that had a deadline of November 8, 2012 then had a deadline of November 21, 2012.

On September 28, 2012 this Court entered a Reassignment Order, which reassigned the action to the Honorable Maxine M. Chesney and vacated the hearing dates scheduled by the prior order. On October 16, 2012 the Court entered a Case Management Order resetting the initial Case Management Conference to November 30, 2012 and setting the deadline for filing a Joint Case Management Conference Statement to no less than seven (7) days prior to the conference (i.e., November 21, 2012 given that November 22 and November 23, 2012 are court holidays). At the request of plaintiffs' counsel, the Court issued an Amended Order Appointing an International Process Server with respect to the remaining defendant. Counsel for plaintiffs and counsel for Bausch & Lomb, Inc. then met and conferred, and reached an agreement for certain limited discovery and an early mediation, and it was anticipated that the remaining defendant would join in that agreement after

proper service of process has taken place. Plaintiffs and Bausch & Lomb, Inc. thereafter requested that the Court extend the current deadlines, and continue the Case Management Conference, so that they would have an opportunity to participate in the agreed matters and determine whether the matter can be concluded at that stage.

Plaintiffs and Bausch & Lomb, Inc. agreed that this action's procedural status warranted an adjustment of the dates and deadlines previously set by the Court's operative orders. The parties stipulated to adjustments to deadlines, as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, filed on August 13, 2012, and which had been extended due to the change in the Case Management Conference, and to the Case Management Conference and deadline to file the Joint Case Management Conference Statement. On October 31, 2012 this Court issued an order pursuant to the stipulation of those parties changing the dates as follows.

The last day for the parties to perform the following was adjusted from November 9, 2012 to February 18, 2013: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan [Fed. R. Civ. P. 26(f) & ADR L.R. 3-5]; (2) file the ADR Certification signed by Parties and Counsel [Civ. L.R. 16-8(b) & ADR L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].

The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, was adjusted from November 21, 2012 to March 4, 2013.

The initial Case Management Conference was re-set from November 30, 2012 and now to be held before the Honorable Maxine M. Chesney in Courtroom No. 7, 19th floor Federal Building at 10:30 a.m. on March

15, 2013.

The deadline to file a Joint Case Management Conference Statement addressing each agenda item listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement* was no less than seven (7) days before the conference (i.e., March 8, 2013).

It ultimately took longer than initially anticipated for service of process to take place per the Hague Convention in Germany on the remaining defendant, i.e. Technolas Perfect Vision GmbH, incorrectly sued herein as Technolas GmbH Perfect Vision ("Technolas"). Moreover, the earliest mediation that could be scheduled by the parties with their chosen mediator, Judge Richard L. Gilbert (Ret.), was March 20, 2013, at 10:00 a.m. which is the current schedule for said mediation. Accordingly, the parties hereby stipulate to adjustments to deadlines as follows:

The last day for the parties to perform the following is hereby adjusted from February 18, 2013 to April 3, 2013: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan [Fed. R. Civ. P. 26(f) & ADR L.R. 3-5]; (2) file the ADR Certification signed by Parties and Counsel [Civ. L.R. 16-8(b) & ADR L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].

The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, is hereby adjusted from March 4, 2013 to April 17, 2013.

The initial Case Management Conference is re-set from March 15, 2013 and now will be held before the Honorable Maxine M. Chesney in Courtroom No. 7, 19th floor Federal Building at 10:30 a.m. on April 25, 2013.

-4-

The deadline to file a Joint Case Management Conference Statement addressing each agenda item listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement* is no less than seven (7) days before the conference (i.e., April 19, 2013).

IT IS SO STIPULATED.

DATED: February 21, 2013          HASSARD BONNINGTON LLP


By /s/ Thomas M. Frieder

Thomas M. Frieder
Attorneys for Defendants
Bausch & Lomb, Inc. and
Technolas Perfect Vision GmbH,
incorrectly sued herein as
Technolas GmbH Perfect Vision


DATED: February 21, 2013          WALKUP, MELODIA, KELLY & SCHOENBERGER


By [signature]

Doris Cheng
Attorneys for Plaintiffs
JOANNA KINZEL and BRENT KINZEL

Case No. CV-12-4260 MMC
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the Case Management Conference is hereby CONTINUED to April 26, 2013.

DATED: February 22, 2013

*[Signature]*
UNITED STATES DISTRICT JUDGE