```
1  HASSARD BONNINGTON LLP
   Thomas M. Frieder, Esq. (SBN No. 95411)
2  Email: tmf@hassard.com
   Kendra J. Pappas, Esq. (SBN No. 226992)
3  Email: kjp@hassard.com
   Two Embarcadero Center, Suite 1800
4  San Francisco, California 94111-3941
   Telephone: (415) 288-9800
5  Fax: (415) 288-9801

6  Attorneys for Defendants
   BAUSCH & LOMB, INC. and
7  TECHNOLAS PERFECT VISION GMBH,
   Incorrectly sued herein as
8  TECHNOLAS GMBH PERFECT VISION
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA KINZEL and BRENT KINZEL,<br><br>Plaintiffs,<br><br>vs.<br><br>BAUSCH & LOMB, INC., BAUSCH & LOMB SURGICAL, INC., TECHNOLAS GMBH PERFECT VISION and DOES ONE through ONE HUNDRED,<br><br>Defendants. | No. CV-12-4260 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING TO DATES AND DEADLINES FOR CASE MANAGEMENT CONFERENCE, STATEMENT, INITIAL DISCLOSURES, REPORTS AND ADR**<br><br>[L.R. 7-12] |

## STIPULATION

On February 22, 2013, a Stipulation and Order Relating to Dates and Deadlines for Case Management Conference and ADR Deadlines was entered by the Honorable Maxine M. Chesney. Pursuant to that Order, April 13, 2013 was set as the last day to: (1) meet and confer regarding initial disclosures,

-1-

Case No. CV-12-4260 MMC
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR

early settlement, ADR process selection and discovery plan [Fed. R. Civ. P. 26(f) & ADR L.R. 3-5]; (2) file the ADR Certification signed by the Parties and Counsel [Civ. L.R. 16-8(b) & ADR L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)]. The Order further set April 17, 2013 as the last day for the parties to file a Rule 26(f) Report, and complete initial disclosures or state objection in Rule 26(f) Report [Fed. R. Civ. P. 26(a)(1)]. The Order scheduled an Initial Case Management Conference on April 26, 2013. The Order further provided that the last day for the parties to file a Joint Case Management Statement was April 19, 2013.

With respect to the current status of this case, it has been resolved. A stipulation for dismissal with prejudice of the entire action will be filed within 45 days, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the parties hereby stipulate to adjustments to deadlines as follows:

The last day for the parties to perform the following is hereby adjusted from April 3, 2013 to May 17, 2013: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan [Fed. R. Civ. P. 26(f) & ADR L.R. 3-5]; (2) file the ADR Certification signed by Parties and Counsel [Civ. L.R. 16-8(b) & ADR L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].

The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, is hereby adjusted from April 7, 2013 to May 31, 2013.

The initial Case Management Conference is re-set from April 26, 2013 and now will be held before the Honorable Maxine M. Chesney in Courtroom No. 7, 19th floor Federal Building at 10:30 a.m. on June 7, 2013.

-2-

The deadline to file a Joint Case Management Conference Statement addressing each agenda item listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement* is no less than seven (7) days before the conference (i.e., May 31, 2013).

IT IS SO STIPULATED.

DATED: April 4, 2013       HASSARD BONNINGTON LLP

By /s/ Thomas M. Frieder

Thomas M. Frieder
Attorneys for Defendants
Bausch & Lomb, Inc. and
Technolas Perfect Vision GmbH,
incorrectly sued herein as
Technolas GmbH Perfect Vision

DATED: April 4, 2013       WALKUP, MELODIA, KELLY & SCHOENBERGER

By [signature]

Doris Cheng
Attorneys for Plaintiffs
JOANNA KINZEL and BRENT KINZEL

-3-

Case No. CV-12-4260 MMC
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the exception that the Case Management Conference is CONTINUED to **June 14, 2013**. In light of sequestration, the U.S. District Court - San Francisco Division will be closed on June 7, 2013.

DATED:   April 8, 2013

*[signature]*
UNITED STATES DISTRICT JUDGE

-4-

Case No. CV-12-4260 MMC
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR